

Maria Elizabeth Santos Cheng,
Eloise Marisse Michelle Cheng Sadsad,
Pro Se

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

**PAID**

MARIA ELIZABETH SANTOS CHENG,

ELOISE MARISSE MICHELLE CHENG SADSAD,

Case No.: 2:22cv6794-GW-MRWx

PLAINTIFFS

COMPLAINT FOR DAMAGES

VS.

TRIAL BY JURY DEMAND

DALE COLLIER,
G47 GLOBAL INITIATIVE GROUP,
INTERNATIONAL SILVER DOLLAR
ASSOCIATION,

DEFENDANTS

I.   **INTRODUCTION**

**1)**     PLAINTIFFS bring this action against DEFENDANTS for negligence, misrepresentation and fraud against the DEFENDANTS.

**2)**     DEFENDANTS self-made false statements also concealed information including other real parties of interest.

**3)**     Further, DEFENDANTS failed to disclose vital information causing injury, harm, and loss to PLAINTIFFS.

**4)**     PLAINTIFFS have exhausted administrative remedy and have given DEFENDANTS fair notice previous to filing this action.

5)      PLAINTIFFS are seeking monetary damages from the losses and claiming further injury by additional violations.

## II. JURISDICTION AND VENUE

6)      The Court has jurisdiction in this matter under 28 U.S.C. Section 1332 (a)(1) Diversity Jurisdiction. Parties are citizens of different states.

7)      Further jurisdiction exists under 28 U.S.C. Section 1332 (c)(1) for principal place of business.

8)      Additional jurisdiction pertains to the laws, statutes, and codes of the state of California.

## III. PARTIES TO THIS ACTION

9)      PLAINTIFF, MARIA ELIZABETH SANTOS CHENG, herein after referred to as CHENG, resides and domicile in the state of CALIFORNIA and is at all times relevant to this case.

10)     PLAINTIFF ELOISE MARISSE MICHELLE CHENG SADSAD, herein after referred to as SADSAD, resides and domiciles in the state of CALIFORNIA and is at all times relevant to this case.

11)     DEFENDANT, DALE COLLIER, herein after referred to as COLLIER, resides and resides in the state of FLORIDA and is at all times relevant to this case.

12)     DEFENDANT, G47 GLOBAL INITIATIVE GROUP, is a corporation located in Arizona as a principal place of business and is a real party of interest in this case, and herein after referred to as G47, and is at all times relevant to this.

13)     DEFENDANT, INTERNATIONAL SILVER DOLLAR ASSOCIATION'S location, has not been identified yet, and will be done so when discovery is available and is at all times relevant to this and herein after referred to as ISDA.

## IV. FACTUAL ALLEGATIONS

14)     Early in 2019, Sheila Yi, introduced CHENG to International Silver Dollar Association, herein after referred to as ISDA.

15) Shortly thereafter DALE COLLIER of King's Counsel and Trust contacted CHENG.

16) COLLIER is an independent agent of ISDA and G47 global initiative.

17)  This led CHENG to deposit of $210,000.00 US Dollars into an ISDA account in concert with G47 with COLLIER'S assistance.

18) G47 Global Initiative Program claims to be a faith-based organization in which the individuals of faith may invest into G47 nine-step infinite cash flow management system.

19) This is a process which allegedly helps the worldwide church members to supply needs and missions to the collective, "Body of Christ".

20) In G47'S presentation, they use multiple scriptures from The Bible and present themselves as a religious organization.

21) G47 claims to invest into small businesses, which involves a nine-step process. **(SEE EXHIBIT "A").**

22) After searching for businesses connected to the G47 program, PLAINTIFFS believe that the G47 small businesses do not exist (i.e., they are either out of business or cannot be found ever existing)

23) PLAINTIFF believes that G47 is using religion as a sales tactic with blatantly false claims to fraudulently mislead individuals, like the PLAINTIFFS, into their Ponzi-type scheme.

24) Additionally, G47 advertises that the current economic model of monetary donations given to local churches is broken and tithing is throw away monies ("poof"); instead, tithers should consider financially investing in G47 (in violation of *California Civil Code 1710*).

25) DEFENDANT, COLLIER, whose organization is Kings Counsel and Trust, claims that he vets all of the companies he deals with such as ISDA and G47.  Nevertheless, he refuses to disclose contact information concerning ISDA, and is concealing any office locations, contacts, or other information for ISDA corporate individuals.

26) COLLIER finalized all the paperwork including other transactions for ISDA.

27) COLLIER, who signed the contract non-assumpsit and reserves all of his rights, had foreknowledge of the misrepresentation and fraud committed by ISDA and G47.

28) It is unconscionable that COLLIER would evade accountability by the several disclaimers attached to his signature.  It is also prejudicial against CHENG and SADSAD who signed their contract in good faith.  (**SEE EXHIBIT "B"**). (*California Civil Code 1709)*.

29) In December 2019, CHENG repeatedly tried to contact COLLIER concerning the valuations of the investment. COLLIER ignored every form of contact. CHENG would reach out to COLLIER via email, texts, and phone calls, he would fail to respond.

30) Further, COLLIER would not give specific information to help CHENG with vital information or questions concerning the valuations of the assets, which at the time were 25% depleted.

31) COLLIER prematurely withdrew CHENG'S funds without verifying and validating the timing of the withdrawal or obtaining consent from the account holder, CHENG.  This was a failure of COLLIER'S fiduciary duties. (**SEE EXHIBIT "C"**)

32) COLLIER finally responded in email correspondence disclaiming any responsibility after CHENG promised legal action for COLLIER'S mis-actions.  COLLIER had no issues personally accepting ownership over the account to make decisions but is refusing the liability portion that he created through the pre-mature withdrawal.

33) CHENG followed up with COLLIER'S disclaimer email with a qualified written request for the vital information concerning ISDA, which COLLIER had been concealing **(SEE EXHIBIT "D")**.

34) COLLIER failed to respond to CHENG'S qualified written request and acquiesces and tacitly agreed at this time.

35) After the investment losses, CHENG confronted Sheila Yi concerning COLLIER evading requests for information and demands for explanation.  Yi then severed all acquaintance and communications with CHENG.

36) PLAINTIFFS have suffered monetary damages and extreme emotional distress because they have been defrauded a significant portion of their retirement lifesavings (401K).

37) The evidence of the claims and the alleged facts presented to the PLAINTIFFS by the G47 were intentional, negligent, and mis-leading in their printed materials.

38) The alleged facts presented by COLLIER to the PLAINTIFFS were misleading and deceitful. Though COLLIER is a self-acclaimed "man of God" who conducted all alleged due-diligence on investment partnerships, he had no issues mis-leading the PLAINTIFFS into ~25% of losses.

39) PLAINTIFFS relied on COLLIER AND G47 to be truthful in their written investor relations material packets.

40) PLAINTIFFS BELIEVE THAT COLLIER and G47 acted in deceit with foreknowledge concerning the asset depletion.  PLAINTIFFS are being denied exculpatory evidence of their own account detailed line-by-line general ledger and profit and loss statements from ISDA.

41) PLAINTIFFS will exhaust all of their due process rights in obtaining all of the further discovery in this instance matter to validate their claims of fraud, misrepresentation, and negligence by DEFENDANTS, if needed, including amended complaints and appeals if

necessary pursuant to Federal rules of Civil Procedure, and Chapter 28 of the United States Code.

42) COLLIER'S actions and misrepresentations **(SEE EXHIBIT E)** caused approximately $50,174.45, in losses to CHENG and $6,699.89 in losses to SADSAD at that time.

## COUNT I

## NEGLIGENCE

43) PLAINTIFFS incorporates all previous paragraphs as though they were set fully herein. DEFENDANT COLLIER had a duty of care in his fiduciary relationships to PLAINTIFF, CHENG and principals to respond to the PLAINTIFF CHENG repeated attempts to meet and confer with COLLIER.   COLLIER ignored multiple correspondence, and acted independent from PLAINTIFF CHENG wishes and directives. This caused PLAINTIFF CHENG to suffer $50,174.45, at minimum. The loss was foreseeable by COLLIER, but unforeseeable by the PLAINTIFF CHENG who were desperately trying to confer with COLLIER. PLAINTIFF CHENG had a Right not to be neglected in this way. Because of COLLIER'S unreliability, unavailability, and failure to intervene, makes COLLIER in default of his agreement with PLAINTIFF CHENG. COLLIER is the proximate cause of injury in this Count.(***University of So. Cal v. Superior Court 218).***   Foreseeable harm and third-party conduct.

## COUNT II

## MISREPRESENTATION

**44)** PLAINTIFFS incorporates all previous paragraphs as though they were set fully herein.

DEFENDANT COLLIER claimed that he vetted G47 and ISDA, concerning business

ethics, and further represents himself as a trustworthy man of faith, who acts with

integrity. His representations are untrue, in which PLAINTIFF CHENG relied on and

trusted that COLLIER would act in their best interest. Further, PLAINTIFF CHENG had

good reason that COLLIERS claims of integrity were true, but COLLIER'S

misrepresentations that he had portrayed himself as, were false because of his

aforementioned actions. DEFENDANT COLLIER had a duty of care to not misrepresent

his printed materials, and client-related obligations. PLAINTIFF CHENG suffered injury,

harm, and loss by COLLIERS actions, and omissions. COLLIER is the proximate cause

of injury in this Count.

## COUNT III
## NEGLIGENCE

**45)** PLAINTIFFS incorporates all previous paragraphs as though they were set fully herein.

DEFENDANT COLLIER had a duty of care in his fiduciary relationships to

PLAINTIFF, SADSAD and principals to respond to the PLAINTIFF SADSAD repeated

attempts to meet and confer with COLLIER.   COLLIER ignored multiple

correspondence, and acted independent from PLAINTIFF SADSAD wishes and

directives. This caused PLAINTIFF SADSAD to suffer $50,174.45, at minimum. The

loss was foreseeable by COLLIER, but unforeseeable by the PLAINTIFF SADSAD who

were desperately trying to confer with COLLIER. PLAINTIFF SADSAD had a Right not

to be neglected in this way. Because of COLLIER'S unreliability, unavailability, and

failure to intervene, makes COLLIER in default of his agreement with PLAINTIFF

SADSAD. COLLIER is the proximate cause of injury in this Count.

## COUNT IV

## MISREPRESENTATION

46) PLAINTIFFS incorporates all previous paragraphs as though they were set fully herein.

DEFENDANT COLLIER claimed that he vetted G47 and ISDA, concerning business

ethics, and further represents himself as a trustworthy man of faith, who acts with

integrity. His representations are untrue, in which PLAINTIFF SADSAD relied on and

trusted that COLLIER would act in their best interest. Further, PLAINTIFF SADSAD

had good reason that COLLIERS claims of integrity were true, but COLLIER'S

misrepresentations that he had portrayed himself as, were false because of his

aforementioned actions. DEFENDANT COLLIER had a duty of care to not misrepresent

his printed materials, and client-related obligations. PLAINTIFF SADSAD suffered

injury, harm, and loss by COLLIERS actions, and omissions. COLLIER is the proximate

cause of injury in this Count.

## COUNT V

## MISREPRESENTATION

47) PLAINTIFF incorporates all previous paragraphs as though they were set fully herein.

G47 GLOBAL INITIATIVE GROUP has made misleading deceitful claims of facts

concerning where PLAINTIFF CHENG monies were allocated for.  The small business

investment initiative claims by G47, are undisclosed and non-discoverable. G47 has

intentionally mislead PLAINTIFF CHENG that relied on material facts that were

communicated in G47'S written material, which have found to be false and

misrepresented information. PLAINTIFF CHENG suffered injury, harm, and loss.

PLAINTIFF CHENG had a Right to not be deceived by G47'S misrepresentations, and

G47 is proximate cause of injury in this Count. ***(Yellow Creek Logging Corp. v. Dare)***.


## COUNT VI

## MISREPRESENTATION

**48)** PLAINTIFF incorporates all previous paragraphs as though they were set fully herein.

G47 GLOBAL INITIATIVE GROUP has made misleading deceitful claims of facts

concerning where PLAINTIFF SADSAD monies were allocated for.  The small business

investment initiative claims by G47, are undisclosed and non-discoverable. G47 has

intentionally mislead PLAINTIFF SADSAD that relied on material facts that were

communicated in G47'S written material, which have found to be false and

misrepresented information. PLAINTIFF SADSAD suffered injury, harm, and loss.

PLAINTIFF SADSAD had a Right to not be deceived by G47'S misrepresentations, and

G47 is proximate cause of injury in this Count.


## COUNT VII

## COMMON LAW FRAUD

**49)** DEFENDANT COLLIER made fraudulent claims that caused PLAINTIFF SADSAD

injury, harm, and loss. COLLIER made statement of facts that ISDA and G47 were

legitimately vetted companies, and that COLLIER, a self-proclaimed man of GOD,

would act with integrity, and did not.  These such claims by COLLIER are on his own

website, www.kingscounselandtrust.com, at minimum.  PLAINTIFF SADSAD relied on COLLIER'S information to be truthful and for COLLIER to act with reasonable responsibility by not sabotaging PLAINTIFF SADSAD'S account without permission to act. Because of COLLIER'S actions, statements and omissions stated in this operative complaint, COLLIER directly caused injury, harm and loss, and is the proximate cause of injury. COLLIER did premediate his intentions by signing disclaimers in the contract with CHENG advance that would give him alleged immunity to fraud, which is unconscionable. SADSAD'S investment was directly connected to CHENG'S contract. COLLIER is the proximate cause of injury.

## COUNT VIII

## COMMON LAW FRAUD

50) DEFENDANT COLLIER made fraudulent claims that caused PLAINTIFF CHENG injury, harm, and loss. COLLIER made statement of facts that ISDA and G47 were legitimately vetted companies, and that COLLIER, a self-proclaimed man of GOD, would act with integrity, and did not.  These such claims by COLLIER are on his own website, www.kingscounselandtrust.com, at minimum.  PLAINTIFF CHENG relied on COLLIER'S information to be truthful and for COLLIER to act with reasonable responsibility by not sabotaging PLAINTIFF CHENG'S account without permission to act. Because of COLLIER'S actions, statements and omissions stated in this operative complaint, COLLIER directly caused injury, harm and loss, and is the proximate cause of injury. COLLIER did premediate his intentions by signing disclaimers in the contract in advance that would give him alleged immunity to fraud, which is unconscionable. **(SEE EXHIBIT B).**

## COUNT IX

## COMMON LAW FRAUD

**51)** PLAINTIFF CHENG relied in G47'S representation of facts within their documentation. (SEE EXHIBIT A), in which were false claims. G47 Claims that their "Ponzi-type scheme" of infinite cash management system is a biblical model to create wealth, in addition to funding small businesses that do not exist, and this is clearly stated in their literature.  G47'S actions were done with deceit and G47 is the proximate cause of injury and did cause injury, harm, and loss to CHENG.

## COUNT X

## COMMON LAW FRAUD

**52)**  PLAINTIFF SADSAD relied in G47'S representation of facts within their documentation. (SEE EXHIBIT A), in which were false claims. G47 Claims that their "Ponzi-type scheme" of infinite cash management system is a biblical model to create wealth, in addition to funding small businesses that do not exist, and this is clearly stated in their literature. G47'S actions were done with deceit and G47 is the proximate cause of injury and did cause injury, harm, and loss to SADSAD.

## PRAYER OF RELIEF

## WHEREFORE, PLAINTIFFS SEEKS RELIEF IN THE FORM OF:

**A.** Compensatory Damages against each DEFENDANT , for $50,000 each for each torte.

**B.** Triple Damages against combined PLAINTIFFS' losses, equaling $150,525.00, for fraud.

**C.** Compensatory damages for the cost of the lawsuit.

**D.** The Right to Amend this Claim as warranted by further evidence, fact finding through discovery or other lawful means.

**E.** Any punitive or further relief as the court deems proper.

DATED THIS 21st DAY of September, of 2022

Respectfully submitted,

_____

MARIA ELIZABETH SANTOS CHENG

PRO SE

_____

ELOISE MARISSE MICHELLE CHENG SADSAD

PRO SE

# EXHIBIT

# A

**G47 PUBLIC MATERIAL**



The following Chart shows the G47 Global Initiative in action, as interfaced with your local G47 Committee, local Churches, while funding creative New Business ventures, and the support of economic oversight and development from your G47 Board of Directors. The end result is a financial community economically dependent upon itself, and not controlled by outside or external market forces.



## CHART DEFINITIONS

**SBM** = Small Business Member | **BLOC** = Bank Line of Credit | **EBITDA** = Earnings Before Interest, Taxes, Depreciation & Amortization **COVEST** = To jointly, in creative partnership, endow *(a person, group, committee, etc.)* pecuniary stewardship, functions, or rights: to vest the board with power to increase production and/or intrinsic value of principal asset as entrusted unto its fiduciary care and responsibility for accountability and management.




# EXAMPLE OF G47 RPMS AT WORK

START HERE
G47 Numismatics exchanges **Silver American Eagle Coins (SAEC)** through G47 RPMs network:

1) G47 Communal Treasury Acquires SAEC's for $21.00 USD

2) The General Public, PCM's & SBM's acquire SAEC's from G47 at $24.00 (Spot + $3.00)
   *(The price is only in example, and the applied fee is accounting for Administrative COGS)*

3) The G47 Community has a sphere of influence of approximately 15M people among its participating Leaders overseeing global assemblies. In consideration of an approximate 3% conversion ratio via G47's RPM System, this would yield approximately 450,000 units COVESTED into the G47 Communal Treasury in fulfillment of the Grain House Initiative. The present value for this example is evaluated at $10.8M USD + $10.8M Silver (Ag) to be COVESTED into the G47 Grain House for leverage & distribution. *(Value is now doubled for Community use)*

4) CAPITAL DISBURSEMENTS:
   • 10% or $1.08M USD Tithed to the Participating Group Assemblies
   • 10% or $1.08M USD Contributed to the Participating G47 Committees
   • 80% or $8.64M USD Re-COVESTED into G47 Communal Treasury for further disbursement under G47's proprietary **Infinite Cash Flow Management System.**



SAEC's are leveraged again through **Bank Line of Credit (BLOC)** at 75%.

5) Pursuant to G47's *current* distribution model: 70% is Re-COVESTED into SAEC, and 30% COVESTED into New SBM's as necessary to assist in procurement of hard costs for the new-startup company.
   • **70%** ~ A total of $10,300,500 Re-COVESTED in acquisition of new G47 Communal Treasury SAEC's and;
   • **30%** ~ A total of $4,414,500 new capital generated for application toward new SBM's for the stimulation of new organic capital streams, and community economic development toward increasing sustainability.

6) Newly formed SBM's now introduce their new consumable products and/or renewable contract services into the G47 Marketplace through our proprietary RPM System. These SBM's will soon generate new amazing capital streams for your community growth and sustainability.

7) Herein now, new streams of capital are created from a G47 capital injection toward qualified SBM's in application. Now these new Small Business enterprises are able to empower your community with increasing economic sustainability, even when facing a downturn in the global economic cycle, catalyzed by a coming systemic monetary failure!

8) Based on the "Biblical Economic Model of Genesis" ~ **20%** (1/5th) of NET revenues received from each SBM through the G47 Marketplace online organic international community, shall be **Re-COVESTED** in charitable contribution to the G47 Communal Treasury for further application of strategic capital enhancement.

9) With the tremendous catapult launch granted from the participants of a G47 Community, these new Small Businesses can now enter into a global market economy with instant market penetration, while simultaneously expanding their market shares beyond the walls of their domestic communities. Additionally, our Small Business Members shall remain empowered thru the continual organic exchange platform of a supportive G47 Community. **100% of the Revenues** generated by SBM's from self-generated global markets, shall be retained by the Small Business with no obligations to the G47 Communal Treasury, although Active Asset Management through the Infinite Cash Flow Management System is highly encouraged for implementation of wise stewardship, and the continued growth and empowerment of a sustainable global Christian community.

# EXHIBIT

# B

**DALE COLLIER FOR ISDA**


International
Silver
Dollar
Association

# ARTICLE VI:
## ACKNOWLEDGMENTS

**IN WITNESS WHEREOF,** iCovestor has complete authority and capability to make this commitment and uphold the essential responsibilities of stewardship as of the effective date of this Agreement as of the day and year first written above.  iCovestor further confirms understanding of each provision and/or separately referenced G47 Marketplace document identified herein.

By choosing to CoVest in your ISDA IVA, you agree to all of the pursuant Policies, Terms & Conditions of the G47 Marketplace and the International Silver Dollar Association in accordance with this Relationship & Royalty Sharing Covenant, and that any and all deposits made to the benefit of your IVA shall be reserved and committed to Administrative Hold within the ISDA Community Stabilization Fund.  Once committed to the ISDA IVA, and the vesting / due diligence period begins, no silver may be withdrawn, only added to one's IVA balance during the current calendar year as it pertains to various relationship categories and respective thresholds therein.  The vesting period extends for the duration of minimally one (1) year and one (1) day annually in arrears.  Vesting effectively begins January 2nd of next calendar year.  In other words, the last day to add value in the next vesting period is December 31 of the current year.  Your right of rescission to revoke your CoVestment for full recourse of your capital value contribution prior to your administrative hold obligation expires within five (5) Business Days (M-F, GMT) from the effective date of your transaction here. Pursuant to the expiry of my right of rescission, I, the iCovestor, hereby accept in acquiescence all agreements, conditions, covenants, policies, and terms of the ISDA and G47Marketplace.com Strategic Philanthropy Policies & Agreements.  Value of exchange and deposited redemption into your IVA shall be calculated on the day of your CoVestment in accordance with this RRSC Agreement.  Wired capital exchange shall be redeemed through bank coordinates pursuant to ANNEXURE A of this RRSC Agreement.

**Client Read and Approved:**
By: Maria Elizabeth Santos Cheng

By: _____

Date: _Jul 12, 2019_

**By: ISDA Family Office F.B.O. The ISDA Vault**

By: _Dale-Hewett: Collier_

Date: _July 12, 2019_

Secured party, with all rights reserved;
UCC 3-402(b)(1); and
Non-Assumptive 28 U.S. Code § 1746(1)

**Investor Accepted and Agreed:**
By: The Entrust Group FBO _____
    IRA# _____

Date: _____

ISDA Relationship & Royalty Sharing Covenant *(v.20190711-RRSC)*
* The acquisition of royalties pursuant to this agreement is not exclusive and is limited in scope and term. The rights of the iCovestor under this Agreement are subject to restrictions on transferability and/or resale.
** iCovestor's RRSC is pursuant to the latest version of this agreement simultaneously published at G47Marketplace.com & ISDASilver.org websites.
*** Updated July 11 2019

# EXHIBIT

# C

**EMAIL THREAD FROM CHENG TO COLLIER**

---------- Forwarded message ----------
From: BETH CHENG <bsc4jc@gmail.com>
Date: Tue, Dec 21, 2021 at 3:01 PM
Subject: Re: Authorization Me to Kenia
To: BETH CHENG <BSC4JC@gmail.com>, Kenia Rodriguez
<kenia@oxfordgoldgroup.com>, Mike Dolan <mdolan@theentrustgroup.com>,
<dale.collier@kingscounselandtrust.com>

Pls adv
If I liquidate in $$$ how much will I get ?
If I liquidate in kind ( silver ) how much will I get too !

Do not do anything yet until I receive your replies !
We are trying to call you but no answer from you. Pls pick up your phone so we
ca. put everything clearer

Thanks

Beth

On Tue, Dec 21, 2021 at 2:35 PM <dale.collier@kingscounselandtrust.com>
wrote:

Thank you, Beth.

I appreciate the authorization, and those of your daughter, to get into the
details regarding your arrangement with Kenia, however it seems like a moot
point since the current Entrust instructions received yesterday are to liquidate
your ISDA RRSCs.

Unless I receive alternative instructions from Entrust as to the guidance we
have already provided to you, Entrust and Oxford, on or before the December
23rd, 5pm Est, the Entrust liquidation instructions that I have just passed
along this week will be followed "to the tee" as they say, to comply with the
IRS guidelines as they pertain to your self-directed IRA.

While this is not going to happen today as requested, I cannot imagine any
unreasonable delays beyond the holiday schedules of all parties involved,
banks and clearing, and those of the already burdened postal service.

Thank you for your patience in advance as I see to the sell-direction letter
request is completed per your request.



Dale-Hewett: Collier, Manager



Kings Counsel & Trust Family Office

Dale.Collier@KingsCounselAndTrust.com

o 407-900-6737  |  d 941-312-7722  |  m/t
941-626-5235

Schedule: https://kctfo.as.me/KCTGeneral-
FiduciaryCounsel

From: BETH CHENG <bsc4jc@gmail.com>
Sent: Monday, December 20, 2021 5:50 PM
To: BETH CHENG <BSC4JC@gmail.com>; Dale H. Collier
<dale.collier@kingscounselandtrust.com>; Kenia Rodriguez
<kenia@oxfordgoldgroup.com>
Subject: Authorization Me to Kenia

Dale

The mere fact that Kenia is copied on on ALL communications is already authorizing her to work on my behalf !

Pls cooperate unless you are delaying everything

Pls expedite the transfer of my holdings or whatever I have from ISDA to her Kenia of Oxford Gold

Call me if you hv a problem

Otherwise I NEED THIS DONE today

ThNk you

Maria Elizabeth Cheng

# EXHIBIT

# D

**LAWFUL NOTICE TO COLLIER AND CERTIFIED RECEIPTS**

11 April 2022

King's Counsel and Trust
  4700 Millenia Blvd. Ste 175
  Orlando, FL 32839

Attention: Mr. Dale Collier

This is a lawful notification letter that you are corresponding with Maria Elizabeth S.Cheng, a recent client of King's Counsel & Trust / International Silver Dollar Association.

I will be monitoring and maintaining a record of your response to this letter or the lack thereof.

As you are already aware of my large investment into the group which unconscionably lost over $50,000 pertaining to a silver investment in the above-mentioned groups.

Because of your affiliation with ISDA and your participation working in concert with them I will be requiring you to address the following items point by point.

  1. What is the location and mailing address of ISDA headquarters?

  2. What are the names, official job titles, and business phone numbers of                                                                 your contacts at ISDA?

  3. When was the last time you were in contact with Individuals who are .
            .  leaders or staff at ISDA?

At the moment I am pursuing criminal complaints with the Attorney General's Office of Florida and potentially a federal lawsuit against all actors involved with the theft of my assets through the above-mentioned individuals and organizations.

If you would like to avoid litigation in adjudication in good faith in this matter I would require you to respond certified mail to the above address referring to this correspondence within 14 days and no later of the receiving this letter.

If no response is received after 14 days, I will assume that you are in tacit agreement and acquiescing to working in concert with ISDA with their fraudulent activities and potentially security exchange commission violations.

This letter also serves as fair notice in my attempt to meet and confer with you in this matter.

Respectfully submitted,


Maria Elizabeth S. Cheng
20803 Brighton Ave
Torrance CA 90501

# EXHIBIT

# E

COLLIER'S WRITTEN MATERIALS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dale Colher
C/o Kings Counsel & Trust
4700 Millennial Blvd 8
Orlando FL 32839

9590 9402 7259 1284 0463 89

7022 0410 0002 3593 1807

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DALE COLLIER
Kings Counsel & Trust
4700 Millennial Blvd
ste 175
ORLANDO FL 32839

9590 9402 7259 1284 0463 96

7022 0410 0002 3593 1791

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

# Kings Counsel & Trust Blog

Bringing People Together For One Purpose

# About

http://kingscounselandtrust.com/About.html

Kings Counsel & Trust LLC (KCT) is the managing trustee of a single family office, Kings Counsel & Trust Family Office (KCTFO) designed specifically to serve and enhance the relationships of the Kingdom Family of Faith. To optimize the probability of long-term success (sustainability) KCT uses a proprietary iMap alignment solution, a three-fold impact assessment process based on relationship skills, values and beliefs, and life experience to better connect equally-yoked relationships and strategic philanthropy opportunities.

KCTFO also underwrites and hosts a virtual peer to peer, social enterprise community, better known as Kings Counsel. Organized in 2005, and launched in 2006, the connectivity of KCT relationships scans more than 50 countries, hundreds of registered users, and a privileged list of vetted opportunities with disruptive technologies that could potentially impact the lives of billions!

For more information, please check out our website http://www.kingscounselandtrust.com



Home      About      FAQ      Contact

# Application & Registration Policy

**Applies to all KCTFO Website, Cloud, Social Media platforms**

## Introduction

The Kings Counsel & Trust (KCT) Family Office (KCTFO) and its KCT Family Members desire to work with servant leadership that is above reproach.

Maintaining your trust (<u>and</u> those that have gone before you) is our top priority, therefore to access certain areas of the KCTFO website, cloud, or social media platforms, as the case may be, you will be required to register and acknowledge certain supplemental KCTFO policies and procedures to obtain necessary clearance credentials. The use of any information you provide to us or that we gather while you are visiting our website/cloud/social media is governed by our *KCTFO Privacy Policy* and related written policies and supervisory procedures of our KCTFO Administrative Protocol.

Our mission is simple ... provide unwavering support to the Kingdom Family of Faith coming up, sending forth, and/or stepping out.

We accomplish this by using a net that works ... a global social exchange platform that connects the right people, at the right time to the right opportunities enabling them to be more productive, successful and significant in their endeavors. Our registered users (human "Principals") are the most basic of the KCTFO Community (effectively "Friends of the Family") share their professional identities; engage with their connectivity of relationships, exchange knowledge, experiential insight, and explore collaborative opportunities together that wouldn't otherwise be possible on an individual basis.

We believe that our concierge service allows our KCT Family Members and Friends of the Family to effectively shine in their gifts and talents and achieve their full potential. The cornerstone of our existence is the Kingdom Family of Faith and the love of our neighbors as ourselves, for without it, the KCT Family Office would not exist.

*__Important Note:__* You agree to provide accurate, current and complete information about yourself as prompted. Your registration information is non-transferable. You are responsible for maintaining the confidentiality of your password, and are responsible for all activities (whether by you or by others) that occur under your username. To protect against unauthorized access to your account, be sure to log out when you finish using the site. Do not disclose your password to any third party. If you believe your account or password has been compromised, you should immediately change your password. You agree to notify KCT immediately of any unauthorized use of your password or account or any other breach of security of which you become aware.

*__WARNING:__* Any person and/or institution and/or agent and/or agency of any governmental structure including but not limited to the UNITED STATES OF AMERICA also using or monitoring this website, cloud, or any of its social media platforms, you do NOT have my permission to utilize any content contained herein. You are hereby notified that you are strictly prohibited from disclosing, copying, distributing, disseminating, or taking any other action against any living human being with regard to this website, cloud, or any of its social media platforms and contents therein. The foregoing prohibitions also apply to any relationship of your affiliation, direction, supervision, or control. The contents of this website, cloud, or any of its social media platforms are private, by invitation only, legally privileged, and confidential in nature without a demonstrative need to know. Requests will only be granted with the express prior written consent of KCT, which may be approved or denied at its sole discretion. The violation of our personal privacy and/or the rights to peaceably assemble, speak, exercise our faith in ministry, and/or to petition government for a redress of grievances is punishable by law.

## Background Check

Due to matters imposed on the marketplace KCTFO may require a criminal background check on individuals who hold certain leadership positions dealing in one or more matters that are affected and/or regulated by the Securities and Exchange Commission (SEC), Patriot Acts, FATCA, legal or tax issues and/or other security matters, as the case may be. With your acknowledgment below, you authorize KCTFO and their respective agent affiliates to solicit background information relative to a criminal record history.

*"I authorize, without reservation, any person, agency or other entity contacted by KCTFO or their agents to furnish the above mentioned information. I release KCTFO their respective employees and agents, all persons, agencies and entities providing information or reports about me from any and all liability arising out of the release of any such information or reports. I hereby attest the information listed on this application is true and accurate to the best of my knowledge."*

## Conflicts of Interest

Kings Counsel & Trust, LLC (KCT), managing trustee FBO the KCT Family Office (the "KCTFO") has represented and continues to represent many different individual, partnership, corporate and other organizational clients with various interests in numerous commercial activities and industries (KCT is the common denominator to all Family Members, Friends of the Family, affiliates, and other related third-parties, collectively "KCTFO Relationships"). Accordingly, it is possible that during the course of a relationship with KCTFO that you may enter into agreement with one or more of these KCTFO Relationships, whether present or future. If such an arrangement were to arise, and when KCT becomes aware of the same, you and those other parties involved will be promptly notified as to the potential conflict of interest.

Therefore, KCT reserves the right to maintain a position of limited liability with respect to any arrangements between a Principal and other third-parties, potentially "red flag agreements" more particularly described in the document, *KCTFO Policy - Why we say 'No' to Legalism ... and you should too*. KCT offers no partiality. KCT may withdrew from active representation of both a Principal and its affiliations if deemed to be professionally appropriate until conflicts or adverse conditions have been satisfactorily resolved by both the Principal and other third parties.

It is possible, as previously stated, that during the course of this Relationship, certain third-party services may be sponsored, recommended, and/or introduced by KCTFO (e.g. valuation services, market studies, professional retainers, etc.). The Principal acknowledges that such third-party fees or premium services are not included. The Principal further acknowledges that KCT may also receive certain *Sponsorship Rewards* from *Sharing the Good News* more particularly described and distributed according to the *KCTFO 10-90 Honor Code* or assigned according to the current *KCTFO Strategic Philanthropy Policies*.

We encourage transparency in all our relationships. It is further acknowledged:

1. **KCTFO may reward certain Volunteers (or their charitable assigns)** according to the *KCTFO 10-90 Honor Code*. Only licensed third-party intermediaries may receive compensation according to current *KCTFO Strategic Philanthropy Policies*.
2. No legal advice, accounting services, investment advice, tax planning, real estate agency, or other services requiring licensure are offered by KCTFO, which its affiliates may or may not have.
3. ***Important Note:*** **No compensation is required from you for any KCTFO supplementary "Volunteer" service**, provided you also serve in an unlicensed, fiduciary capacity remaining as an advisor to management, and/or its board of directors, typically averaging no more than 1 to 3 hours per week for up to one year of service, **during which time will not engage in any services in which they have a financial interest without disclosure of this Conflict of Interest. No third-party "finder" agreement is required by you to register with KCTFO.**
4. It is understood that incidental expenses and third-party fees may apply for reference material, research, software, tech-support, due diligence, printing, premium services, professional retainers and/or other miscellaneous items as required to pursue a specific opportunity (i.e. updating a third-party valuation/appraisal to secure a loan). In such cases, these expenses are typically disclosed in advance and may be deductible or credited at closing arrangements. You reserve the right to approve/disapprove accordingly. **In the interim, you are sufficiently financially solvent to handle these incidentals.**
5. In the event a greater degree of service is necessary, a work-for-hire arrangement, or some other third-party contractual arrangement is required, you must work out such details with the referred KCT Family Member. KCTFO cannot negotiate and/or represent both parties due to the aforementioned *Conflicts of Interest*. **Please be advised that this ministry may receive grants, donations or other honorable "rewards" from one or more KCT Family Member(s) when retained by you for their services.**
6. Success is not contingent on the implementation of any, all or none of the counsel provided, as matters frequently take a course that cannot be predicted. **KCTFO offers no guarantees, only love and support.**

## Request for "Counsel" Release

*"Through the course of a KCTFO Relationship, I may request various concierge/advisory services ("Counsel"). I agree to cooperate should I be selected to participate in surveys designed to evaluate the services of KCTFO, and to benefit local/regional economic development, and social or environmental sustainability studies. I understand that during the course of our relationship together I may receive various communications from KCTFO or its affiliates."*



Sign Up Now

For Email Marketing you can trust.

S.D.G. Kings Counsel & Trust. All rights reserved.